**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**LINDSEY MARTIN, DELISA WILEY, and**
**SHALLACE PRICE, each individually and**
**on behalf of all others similarly situated**                                    **PLAINTIFFS**

**v.**                                   **Case No. 4:16-cv-00119-KGB**

**SEAVAND CORPORATION; SIAMACK ASSAD,**
**Individually and as Officer and Director of**
**SEAVAND CORPORATION; and**
**DOUGH ROLLERS, LTD.**                                    **DEFENDANTS**

## ORDER

Before the Court is a joint motion to dismiss with prejudice (Dkt. No. 19). The parties

represent that they have settled this case and class counsel has received the settlement checks (*Id.*,

¶ 1). The parties request that this case be dismissed with prejudice (*Id.*, ¶ 2). For good cause

shown, the Court dismisses with prejudice this action.

It is so ordered, this the 24th day of July, 2018.

_____
Kristine G. Baker
United States District Judge